UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2325**

TYRONE HURT,

Plaintiff – Appellant,

and

ACLU, of New York City; INTERNATIONAL CRIMINAL COURT; INTERNATIONAL PEACE COURT,

Plaintiffs,

v.

BALTIMORE MARYLAND, CHIEF OF POLICE, and all law enforcement officers; NEW YORK CITY, CHIEF OF POLICE, and all law enforcement officers,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:15-cv-00320-BO)

Submitted: February 16, 2016      Decided: February 22, 2016

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Tyrone Hurt, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's order dismissing this civil action under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and conclude that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. <u>Hurt v. Baltimore, Md., Chief of Police</u>, No. 5:15-cv-00320-BO (E.D.N.C. Oct. 14, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>DISMISSED</u>